**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Linda Monson | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Zenergy, Inc., f/n/a Zinke & Trumbo, Inc., | ) | |
| | ) | |
| Defendant, Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:08-cv-091 |
| S.K. & S. Oilfield Services, Inc., | ) | |
| | ) | |
| Third-Party-Defendant. | ) | |

_____

On December 16, 2008, Defendant Zenergy, Inc., f/n/a Zinke & Trumbo Inc. (Zenergy) filed a Motion to Postpone Date of Rule 16(b) Scheduling Conference.

The court **GRANTS** Zenergy's motion (Docket No. 8). The Rule 16(b) initial pretrial scheduling/discovery conference scheduled for January 6, 2009, is cancelled. The court shall reschedule the conference until after Third-Party Defendant S.K. & S. Oilfield Services, Inc. has had an opportunity to file its Answer.

**IT IS SO ORDERED.**

Dated this 17th day of December, 2008.

>               */s/ Charles S. Miller, Jr.*
>               Charles S. Miller, Jr.
>               United States Magistrate Judge