**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Linda Monson and Ned Hermanson, ) | |
| ) | |
| Plaintiffs, ) | **ORDER ADOPTING** |
| ) | **STIPULATION TO FILE** |
| vs. ) | **SECOND AMENDED THIRD-** |
| ) | **PARTY COMPLAINT** |
| Zenergy, Inc., f/n/a Zinke & Trumbo, Inc., ) | |
| ) | |
| Defendant, Third-Party Plaintiff, ) | |
| ) | Case No.  4:08-cv-091 |
| vs. ) | |
| ) | |
| S.K. and S.  Oilfield Services, Inc., ) | |
| ) | |
| Third-Party Defendant. ) | |

Before the court is a Stipulation to File Second Amended Third-Party Complaint filed by Defendant/Third-Party Plaintiff and Third-Party Defendant on January 8, 2010.  The court adopts the stipulation (Docket No 52).  Defendant/Third-Party Plaintiff shall have until January 15, 2010, to file a second amended third-party complaint.

**IT IS SO ORDERED.**

Dated this 11th day of January, 2010.

                                                 */s/  Charles S.  Miller, Jr.*
                                               Charles S.  Miller, Jr.
                                               United States Magistrate Judge