**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Linda Monson, and Ned Hermanson, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Zenergy, Inc., f/k/a Zinke & Trumbo, Inc., | ) | |
| | ) | |
| Defendant, Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.  4:08-cv-091 |
| S.K. & S. Oilfield Services, Inc., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

On January 27, 2010, the parties filed a Stipulation to Extend Deadline to Move to Sever or Bifurcate.  The court **ADOPTS** the parties' stipulation (Docket No.  67).  The deadline to file any motion to bifurcate, sever, or separate issues, claims, or parties for trial fourteen (14) days after the court rules on the last of all dispositive motions filed on or before November 15, 2010.

**IT IS SO ORDERED.**

Dated this 28th day of January, 2010.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge