**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Linda Monson, and Ned Hermanson,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | **ORDER** |
| vs.  ) | |
| ) | |
| Zenergy, Inc., f/k/a Zinke & Trumbo, Inc.,  ) | |
| ) | |
| Defendant, Third-Party Plaintiff,  ) | |
| ) | |
| vs.  ) | |
| ) | Case No. 4:08-cv-091 |
| S.K. & S. Oilfield Services, Inc.,  ) | |
| ) | |
| Third-Party Defendant.  ) | |

The court held a status in the above-entitled action on March 9, 2010. Pursuant to the parties discussions, the undersigned shall conduct a settlement conference with the parties on April 21, 2010, at 8:30 a.m. CDT in Bismarck, North Dakota (courtroom #2). Additionally, the undersigned shall conduct telephonic status conference with the Defendant and Third-Party Defendant on April 12, 2010, at 10:00 a.m. CDT. The undersigned shall initiate this call.

**IT IS SO ORDERED.**

Dated this 9th day of March, 2010.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge